United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 25, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

————————————————

No. 02-60623
Summary Calendar

————————————————


CECILIA COXIC, also known as Cecilia Coxic-Gomez;
CARMEN SOLLOY-COXIC,

Petitioners,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.


--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
Nos. A70-675-767, A73-107-994
--------------------



Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]


    Cecilia Coxic and her daughter Carmen, natives of Guatemala,

filed a petition for review of the denial by the Board of

Immigration Appeals (BIA) of their applications for political

--------

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

asylum and to withhold deportation. They argue that they established a well-founded fear of persecution. They contend that Coxic's testimony showed that Guatemalan soldiers searched their house based on a belief that Coxic's nephew was a member of the guerrillas and was responsible for the burning of an embassy five years earlier and that they were threatened during that search.

The record supports the BIA's determination that the petitioners' claims did not establish past persecution and that they were not eligible for political asylum or withholding of deportation. See Girma v. INS., 283 F.3d 664, 666-67 (5th Cir. 2002); Mikhael v. INS, 115 F.3d 299, 304 & n.4 (5th Cir. 1997); Rojas v. INS, 937 F.2d 186, 189 (5th Cir. 1991). Their petition for review of the BIA's decision is DENIED.